UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. JUSTIN KINNEY, Magistrate No. 14-3080 (JBC)

## PETITION FOR WRIT OF HABEAS CORPUS

1. **JUSTIN KINNEY- SBI#** _, **DOB** , is now confined at the Essex County Correctional.

2. Said individual will be required at U.S. District Court, Newark, New Jersey, before the Hon. Michael A. Hammer, U.S. Magistrate Judge, on Thursday, May 8, 2014, at 10:00 a.m., for his **Initial Appearance** in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: May 1, 2014

/s/ Danielle Corcione
DANIELLE CORCIONE
Assistant United States Attorney
Petitioner

**ORDER**

Let the Writ Issue.
DATED: May 1, 2014

Hon. Michael A. Hammer, U.S.M.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Essex County Correctional:
WE COMMAND YOU that you have the body of

**JUSTIN KINNEY- SBI#** , **DOB**

now confined at the Essex County Correctional, brought before the United States District Court, the Hon. Michael A. Hammer, U.S. Magistrate Judge, at the U.S. Courthouse in Newark, NJ, on Thursday, May 1, 2014, at 10:00 a.m., so that he may have his **Initial Appearance** in the above-captioned matter. Immediately upon completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Michael A. Hammer
United States Magistrate Judge
Newark, New Jersey.

DATED: May /, 2014

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk